Judith Carter
81 S. 223rd Avenue
Buckeye, Arizona 85326
(623) 466-9773

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 07 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith Carter<br>Plaintiff, | } No #: CV-10-1002-PHX-MHM<br>}<br>} PLAINTIFF JUDITH CARTER'S<br>} AMENDED COMPLAINT<br>} |
| v.s<br>HSBC Mortgage Corporation (USA),<br>Defendant, | }<br>}<br>}<br>} |

1. Come now Plaintiff Judith Carter, the court already has jurisdiction and the claim needs no new grounds.

2. Plaintiff Judith Carter is pleading for relief because Defendant's representative Theresa A. Nicchia failed to send additional documentation to me before trial period payment in order for me to fulfill the Defendant's request. This was an act of negligence. See In Rodrigues v. State, 52 Haw. 156 (Haw. 1970).

3. On May 20, 2009, President Obama signed into law the "Helping Families Save Their Homes Act 2009." Pub. L. No.111-22 Stat. 1632 (the "Helping Families Act"). The Helping Families Act ushered in an array of new measures designed to reduce foreclosures, preserve home ownership, and fight the contraction of the real estate market. See id. §201. Congressional findings stated that it would be necessary to grant services authorization to enter into a loan modification consistent with guidelines from the Secretary of the Treasury ("the Secretary") under EESA. Id. On March 4, 2009, the Secretary of the Treasury issued Home Affordable Modification Program ("HAMP") Guidelines requiring lenders to consider borrowers for loan modification and suspend foreclosure activities while a given borrower was being evaluated for a modification. U.S. Dep't of the Treasury, Home Affordable Modification Program Guidelines (Mar.4, 2009).

4. Your Honor according to President Obama the "Helping Families Save Their Homes Act 2009" law my rights were violated by the Defendant's representative Theresa A. Nicchia because Defendant's representative Theresa A. Nicchia Vice-President Customer Resolution Department had told me that the loan modification was approved and that she

would be mailing documentation providing more detailed information regarding this program under a separate cover within 7 to 10 business days. Which, I never received within the time frame given. According to the letter dated November 9, 2009 from the Defendant, HSBC Mortgage Corporation had agreed to the loan modification. Moreover, letter dated February 17, 2010 states that the loan modification was approved and that the Defendant will be mailing documentation providing more detailed information regarding this program under a separate cover within 7 to 10 business days in order for me to fulfill the Defendant's request.

5. I waited for this documentation to be sent to me and I never received anything at all from the Defendant in the allotted time agreed. I never got the additional documentation to reply to the defendant's request until February 17, 2010 which was well after the deadline.

6. The defendant owed a duty to me and has violated that duty. My rights were violated because I was told in writing letter dated November 9th in paragraph (3) states "In recognition of your current financial hardship HSBC Mortgage Corporation has agreed to the Home Affordable Modification trial period plan" and that Defendant will be mailing documentation providing more detailed information regarding this program under a separate cover within 7 to 10 business days. The defendant's violation of her duty resulted in harm because I lost my home. The documentations were not sent to me because of negligence and I was set up to fail. Defendant should have made sure that the documentation was sent certified mail because the Defendant knew that if the Defendant did not receive the pretrial payments and signed documentation that the HAMP would have been revoked and the real property would have gone on public auction. The Defendant failed to submit the necessary documentation to me in a timely matter in order for me to send out the pretrial payments to the Defendant.

7. Defendant should take full responsibility for failing to take the necessary steps for me to receive the documentation that was promised to me before the trial payments. Defendant breached that duty of due care by neglecting to communicate with its representatives on behalf of my HAMP to make sure I received the necessary documentation within the time frame given.

8. I lost my home because of negligence. Defendant's representative Theresa A. Nicchia Vice-President of Customer Resolution Department knew the HAMP guidelines and again ignored and failed to advise me about sending the trial period payment anyway even if I didn't receive the additional documents which was promised to me to be received in order fulfill the Defendant's request. Defendant is responsible for my real property being foreclosed and sold on public auction. Defendant is legally responsible to the damages that have occurred regarding the real property. My rights were violated intentionally so I would not have the chance to send trial period payments in order for the loan modification to be finalized.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Judith Carter prays for relief against Defendants as follows:

1.  For disgorgement of all gains, profits, and advantages derived by Defendants from its acts of unfair competition and other violations of law.

A.  For real property damages in the amount of $135,000
B.  For all costs and Payments Paid to HSBC Mortgage Corporation (USA) in the amount of $22,000
C.  For Late Fees in the amount of $ 8,456.35
D.  Court, Server, Mailing and Miscellaneous Fees in the amount to $402.97
E.  Unnecessary rent paid due to real property transfer of ownership in the amount of $2856.00
F.  For such other and further relief as the Court may deem proper.

RESPECTFULLY SUBMITTED this 7th day of December, 2010

_____
Judith Carter
81 S. 223rd Avenue
Buckeye, Arizona 85326
(623) 466-9773


I hereby certify that on the 7th day of December, 2010 I served the attached document by mail to the following address:

Gregory J. Marshall
Snell & Wilmer LLP. Law Offices
One Arizona Center, 400 East Van Buren
Phoenix, AZ 85004-2202
*Defendant Pro Se*