Gregory J. Marshall (#019886)
John M. DeStefano (#025440)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren St.
Phoenix, Arizona 85004-2202
602-382-6000
gmarshall@swlaw.com
jdestefano@swlaw.com
Attorneys for Defendant HSBC Mortgage Corporation USA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUDITH CARTER,<br><br>           Plaintiff,<br><br>v.<br><br>HSBC MORTGAGE CORPORATION (USA),<br><br>           Defendant. | No. 2:10-cv-01002-RRB<br><br>**DEFENDANT HSBC MORTGAGE CORPORATION USA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT [DOC. # 20]** |

Defendant HSBC Mortgage Corporation USA ("HSBC") admits, denies, and defends as follows:

1. Answering paragraphs 1 – 4, these allegations are not directed to Plaintiff's pleading, and require no response from HSBC. HSBC otherwise denies that it failed to provide proper service of Doc. # 18 to Plaintiff.

2. Answering paragraph 5, Plaintiff's previous complaint speaks for itself. HSBC denies the allegations that HSBC failed to send the subject documentation to Plaintiff, and denies that the failure to do so constitutes negligence. HSBC denies any remaining allegations.

. . . .

3. Answering paragraphs 6 and 7, these allegations appear to support Plaintiff's claim under HAMP, which this Court dismissed. *See* Doc. # 31. HSBC otherwise denies the allegations.

4. Answering paragraph 8, HSBC denies the allegations.

5. Answering paragraph 9, the referenced November 9th correspondence speaks for itself. HSBC denies the remaining allegations.

6. Answering paragraphs 10 and 11, HSBC denies the allegations.

7. Answering paragraphs 12 and 13, these allegations appear to support Plaintiff's claim under HAMP, which this Court dismissed. *See* Doc. # 31. HSBC otherwise denies the allegations.

8. HSBC denies all allegations not specifically denied or otherwise responded to herein.

**AFFIRMATIVE DEFENSES**

1. HSBC pleads all defenses and avoidances in the Note and Deed of Trust.

2. HSBC pleads the following Rule 8 defenses: contributory negligence (A.R.S. § 12-2506), estoppel, failure of consideration, fraud, laches, statute of frauds, statute of limitations, and waiver (A.R.S. § 33-811(C)).

3. HSBC pleads the following Rule 12 defenses: Failure to state a claim upon which relief can be granted.

4. Plaintiff's claims may be barred in whole or in part by preemption.

5. Plaintiff failed to mitigate any damages.

**PRAYER FOR RELIEF**

Having fully defended, HSBC Mortgage Corporation USA prays for the following relief:

A. That Plaintiff's Amended Complaint be dismissed with prejudice, and that Plaintiff take nothing thereby,

B.   That HSBC be awarded its attorneys' fees and costs pursuant to A.R.S. § 341.01(A) and (C).

C.   For such other relief as the Court deems just and proper.

DATED this 21st day of July, 2011.

>   SNELL & WILMER, L.L.P.
>
>
>   By:   *s/Gregory J. Marshall*
>   Gregory J. Marshall
>   John M. DeStefano
>   SNELL & WILMER L.L.P.
>   One Arizona Center
>   400 East Van Buren St.
>   Phoenix, Arizona 85004-2202
>   Attorneys for Defendant HSBC Mortgage
>   Corporation USA

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July 2011, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Judith Carter
24040 W. Grove Street
Buckeye, Arizona 85326
*Plaintiff Pro Se*


   *s/Debbie Shuta*

13407551